NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


MELVIN K. SPEAR,                                )
                                               )
        Appellant,                             )
                                               )
v.                                             )        Case No.  2D16-4269
                                               )
TARI V. SPEAR,                                 )
                                               )
        Appellee.                              )
_____)

Opinion filed March 23, 2018.

Appeal from the Circuit Court for Polk
County; Steven L. Selph, Judge.

Heather M. Kolinsky of the Law Office Chad
A. Barr, P.A., Altamonte Springs, for
Appellant.

Tari V. Spear, pro se.


PER CURIAM.

        Affirmed.


CASANUEVA, SILBERMAN, and BLACK, JJ., Concur.